*Herman E. Hoberman* for Fannie Diamond and another for motion.

*Bernard Meyerson* for David Diamond for motion.

*Joseph Kane* for Alfred E. Covelli for motion.

*Frederick M. Garfield, Harold M. Harkavy* and *I. Sidney Worthman* opposed.

Motion by appellants David Diamond, Fannie Diamond and Morris A. Weiss for leave to appeal granted.

Motion by appellant Alfred E. Covelli for leave to appeal denied upon the ground that it was not made within the statutory time.

ENGLANDER COMPANY, INC., a Delaware Corporation, Respondent, *v.* SOL TISHLER, Individually and as President of Bedding, Curtain & Drapery Workers Union, Local 140, C. I. O., et al., Defendants, and ALEX SIROTA et al., Appellants.

Submitted October 3, 1955; decided October 6, 1955.

*James P. Durante* for motion.

*Victor Rabinowitz* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine a special proceeding within the meaning of the Constitution.

ENGLANDER COMPANY, INC., a Delaware Corporation, Respondent, *v.* SOL TISHLER, Individually and as President of Bedding, Curtain & Drapery Workers Union, Local 140, C. I. O., et al., Appellants.

Submitted October 3, 1955; decided October 6, 1955.

*James P. Durante* for motion.

*Victor Rabinowitz* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.